ACCEPTED
15-24-00077-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 9:41 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1700
2/4/2025 9:41:53 AM
Cory.Scanlon@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

CORY A. SCANLON
Assistant Solicitor General

February 4, 2025

**Via Electronic Filing**

Mr. Christopher A. Prine
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701

    **Re:**    *The State of Texas v. City of Austin et al.*, No. 15-24-00077-CV and *The State of Texas v. City of San Marcos et al.*, No. 15-24-00084-CV

Dear Mr. Prine:

    These cases are scheduled for oral argument on February 12, 2025. Please distribute this letter concerning recent developments related to municipal marijuana initiatives to the Court. The Bastrop City Council voted on Tuesday January 28, 2025, to prevent a voter-approved initiative barring misdemeanor prosecutions for possession of marijuana from going into effect. Aaron Sullivan, *Bastrop City Council denies marijuana decriminalization amendment despite voter approval*, Austin American Statesman (Jan. 31, 2025), https://perma.cc/BF6K-TQKN. According to a statement from the City's attorney advising the council on this matter, "state law supersedes language in a city charter." *Id.*

    The City Council thus reached the correct decision, without court intervention, because city charters and ordinances passed under them can never violate state law under the Texas Constitution. *See* Tex. Const. art. XI, § 5(a); Tex. Loc. Gov't Code § 370.003. The Court should ensure the same result at the conclusion of these appeals and prevent the Cities' ordinances from further undermining Texas's criminal laws.

Respectfully submitted.

/s/ Cory A. Scanlon

Cory A. Scanlon
Assistant Solicitor General
State Bar No. 24104599

Counsel for Appellant

cc: All counsel of record (via electronic filing)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 96946516
Filing Code Description: Letter
Filing Description: 2025 0204 Notice re City of Bastrop_Final Austin MJ ORD
Status as of 2/4/2025 9:59 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Briana Nicholson | | briana.nicholson@austintexas.gov | 2/4/2025 9:41:53 AM | SENT |
| Anne Morgan | 14432400 | morgananne62@aol.com | 2/4/2025 9:41:53 AM | SENT |
| Meghan Riley | 24049373 | mriley@earthjustice.org | 2/4/2025 9:41:53 AM | SENT |
| Sara Schaefer | 24086598 | sara.schaefer@austintexas.gov | 2/4/2025 9:41:53 AM | SENT |
| Brandon Mickle | 24123140 | Brandon.mickle@oag.texas.gov | 2/4/2025 9:41:53 AM | SENT |
| Hannah Vahl | | hannah.vahl@austintexas.gov | 2/4/2025 9:41:53 AM | SENT |
| Jessica Martinez | | jessica.martinez4@austintexas.gov | 2/4/2025 9:41:53 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 2/4/2025 9:41:53 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 2/4/2025 9:41:53 AM | SENT |